UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DALAL ALI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:05CV341 RWS |
| | ) |
| HBE CORP. d/b/a ADAM'S MARK HOTEL | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

In accordance with today's hearing,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss for Failure to Prosecute is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall supplement her discovery responses no later than **November 11, 2005**.

**IT IS FURTHER ORDERED** that the parties shall submit a joint proposed scheduling plan no later than **November 11, 2005**.

Dated this 4th Day of November, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE